FILED
2 2 2000
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LODGED
NOV 2 1 2000
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| COPART, INC., a California corporation, ) | CASE NO.: CIV-S-00-1847 LKK JFM |
| ) | |
| Plaintiff, ) | **ORDER GRANTING CONTINUANCE** |
| ) | **OF HEARING ON DEFENDANTS'** |
| v. ) | **MOTION TO DISMISS** |
| ) | |
| SALVAGENOW, a sole proprietorship, ) | |
| and DOUG MELLETTE, an individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS CAUSE came before the Court on the joint stipulation of counsel to continue the hearing on defendants' motion to dismiss, and the Court being duly advised in the premises, it is

ORDERED and ADJUDGED as follows:

1. The hearing on defendants' motion to dismiss, scheduled for December 11, 2000, is hereby canceled.

2. The hearing is rescheduled to January 29, 2001, at 10 a.m., Courtroom #4, 15th Floor, 501 I Street, Sacramento, California, before the undersigned.

11/21/00

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS

Copies to:
Heather Bond Vargas, Esquire
Kenneth B. Wilson, Esquire

ORDER GRANTING CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS

United States District Court
for the
Eastern District of California
November 22, 2000

* * CERTIFICATE OF SERVICE * *

2:00-cv-01847

Copart Inc

   v.

Salvagenow

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 22, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
     Kenneth B Wilson                SJ/LKK
     Wilson Sonsini Goodrich and Rosati
     650 Page Mill Road
     Palo Alto, CA  94304-1050

     Heather Bond Vargas
     Cobb Cole and Bell
     PO Box 2491
     150 Magnolia Avenue
     Daytona Beach, FL  32115-2491

     Robert T Bowling
     PRO HAC VICE
     Cobb Cole and Bell
     PO Box 2491
     150 Magnolia Avenue
     Daytona Beach, FL  32115-2491
```

Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk